David Earl WALKER, Plaintiff—
Appellant,

v.

Jay S. THOMPSON, Correctional
Officer; et al., Defendants—
Appellees.

No. 02–15613.
D.C. No. CV–00–20454–JF.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 10, 2002.

Before GOODWIN, TROTT, and
GRABER, Circuit Judges.

MEMORANDUM **

David Earl Walker, a California state
prisoner, appeals pro se the district court's
judgment dismissing his 42 U.S.C. § 1983
action alleging excessive force, due process
violations, and assault and battery. We
have jurisdiction pursuant to 28 U.S.C.
§ 1291. We review de novo, *Zimmerman
v. City of Oakland*, 255 F.3d 734, 737 (9th
Cir.2001), and we affirm.

The district court properly determined
that Walker failed to state a claim because
he failed to exhaust his administrative

remedies prior to filing suit. *See Booth v.
Churner*, 532 U.S. 731, 734, 121 S.Ct. 1819,
149 L.Ed.2d 958 (2001).

AFFIRMED.

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

